IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MOUNTAIN LAUREL ASSURANCE COMPANY,

    Plaintiff,

v.                                                                                       No. 1:13-cv-1059-JDB-egb

JESSE DANIEL SCOTT SALINAS, *et al.*,

    Defendants.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
_____

On May 7, 2013, the Plaintiff, Mountain Laurel Assurance Company., filed a motion for default judgment against Defendant, Jesse Daniel Scott Salinas. (Docket Entry ("D.E.") 20.) The Court referred the motion to United States Magistrate Judge Edward G. Bryant for a report and recommendation. (D.E. 21.) On June 18, 2013, Judge Bryant issued a report and recommendation finding that the Plaintiff is "entitled to a decree that Plaintiff's relief sought in the Complaint, as against Salinas is granted. Salinas is not entitled to receive further notice of hearings or service of documents in this cause, to present a defense in this cause, or otherwise to contest the issues involved in this cause." (D.E. 26.)

According to the Court's docket, no objections to the Magistrate Judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C), and the time for filing objections has passed. See Fed. R. Civ. P. 72(b). After a review of the Magistrate Judge's report and recommendation, the Court ADOPTS Judge Bryant's findings and recommendations, and the motion for default judgment against Defendant, Salinas, is GRANTED.

IT IS SO ORDERED this 15th day of July, 2013.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE